**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| | **CASE NO. 07-34235** |
| **ARETA J. WENTZ** | **JUDGE: GUY R. HUMPHREY** |
| **Debtor** | |
| | |
| **Areta J. Wentz** | **ADVERSARY NO. 08-03053** |
| **Plaintiff** | |
| **v.** | **MOTION FOR DEFAULT JUDGMENT** **AGAINST DEFENDANT RANDALL** **MORTGAGE FOR FAILURE TO** **RESPOND** |
| **Saxon Mortgage, et. al.** | |
| **Defendants** | |

Now comes Plaintiffs Areta J. Wentz, by and through her undersigned counsel, and moves the Court for an Order of Default Judgment against Defendant Randall Mortgage Inc. ("Randall"), and as grounds therefore state as follows:

1. The Adversary Complaint ("Complaint") was filed February 26, 2008 (Docket #1).

2. On March 3, 2008 an original summons was issued and , along with a copy of the Complaint, by certified mail to Randall at 655 Metro Place South, Suite 600 Dublin, Ohio 43017 (Docket #4) and at 9299 Concord Road, Powell, Ohio 43065 (Docket #5). (Exhibit A).

3. On March 4, 2008 Randall was served at 9299 Concord Road, Powell, Ohio 43065 and on March 10, 2008 at 655 Metro Place South, Suite 600 Dublin, Ohio 43017 with the summons and copy of the Complaint via pre-paid certified mail, as evidenced by the signatures on the certified mailing card (Exhibit B). Accordingly, Defendant was served within 120 days after the Complaint was filed, as required by Fed. R. Civ. P. 4(m).

4. Pursuant to Fed. R. Bankr. P. 7012, Randall was required to respond to the Complaint within 30 days or by March 31, 2008. The summons terms specifically stated that, "if you fail to respond to this summons, your failure will be deemed to be your consent to entry of a judgment by the Bankruptcy Court and judgment by default may be taken

against you" (Exhibit A).

5.   As of the date of this motion, Defendant has yet to serve any answer or Rule 7012
motion on Plaintiff's attorney.  Furthermore, Randall has failed to file any document
whatsoever with the Court in the above-captioned proceeding.

6.   On Plaintiff's best knowledge and belief Randall has ceased operating as a licensed
broker in the State of Ohio in September or October 2007.

7.   On Plaintiff's best knowledge and belief Randall retained a bond under the provisions
of ORC § 1322.05 with North American Specialty Insurance Company in the amount of
at least $70,000 that will apply to Plaintiff's mortgage loan transactions with Randall.

8.   Pursuant to Fed. R. Bankr. P. 7055 and Fed. R. Civ. P. 55, Plaintiffs are entitled to
Default Judgment against Randall for its failure to respond or set forth any defense to the
claims contained in the Complaint.  "When a party against whom a judgment for
affirmative relief is sought has failed to plead or otherwise defend," the party seeking
relief is entitled to default judgment.  Fed. R. Civ. P. 55(a).

9.   Plaintiff set forth in her Complaint, claims for damages against Defendant Randall for
fraud and Mortgage Broker's Act violations.  Because Randall has not responded to these
allegations, for purposes of this motion for default judgment the Court must accept
Plaintiff's allegations as true.

10. Plaintiff identified fees and costs she paid directly to Randall for brokering a
mortgage loan on her home in the amount of $6,619 of which $5,609 was directly paid to
Randall. (Complaint ¶ 50 and Complaint Exhibit 11).

11. Plaintiff further identified an additional yield spread premium ("YSP") payment of
$2,400 paid to Randall by Defendant Saxon Mortgage Inc. ("Saxon") which payment was
assessed against Plaintiff by Saxon through higher interest rates and higher monthly
payments on her mortgage loan and a violation of ORC §1322.07. (Complaint ¶'s 53-56)

12. Plaintiff further identified an excessive appraisal fee of $ 525 paid by Plaintiff for
services by Polaris Appraisal who was retained by Randall. (Complaint ¶'s 45-49, 60).

13. Plaintiff also identified the appraised value of Polaris as substantially inflated
compared to the fair value for the property at the time of the appraisal in 2005.
(Complaint ¶'s 46-47).

14. Plaintiff in her Third Claim asserts that facts of Fraud as to Randall's fraudulent

representations  and actions in providing  the loan to Plaintiff (Complaint ¶'s 124-137).

15. Plaintiff establishes the damages for Randall's fraudulent actions as $9, 544 based on finance charges and fees received by Randall from the loan transaction. (Complaint ¶117)

16. Plaintiff in her Fifth Claim asserts actions in violation of the Mortgage Broker's Act. (Complaint ¶'s 147-154). As a registered and licensed mortgage broker in the State of Ohio, Randall is subject to the Mortgage Brokers Act.  ORC § 1322.01 et. seq.  Randall, through its agent, acted in a deceptive, improper, fraudulent, or dishonest manner by inducing plaintiff to refinance her existing fixed rate mortgage to a loan with a balloon payment without advising her of the terms of the loan, failing to provide documents at the closing, inducing Plaintiffs acceptance through false statements, failing to disclose the YSP as an additional fee for which no services were performed and falsely stating in the loan documents that Plaintiff would receive a cash payment.  With malice, ill will, or reckless indifference toward Plaintiff, Randall, through its agents, caused Plaintiff to incur mortgage loan payments and debt that did not meet the promised lower monthly payments that were to replace the existing loan and which resulted in excessive fees charged to Plaintiff.

17. As set forth in Plaintiff's Complaint ¶117, the fees and charges received directly or indirectly by Randall that were paid for by Plaintiff amounted to $9544.

18. Under the provisions of ORC § 1322.11 (A)(1) a party who is the victim of a violation of the statute by a mortgage broker is entitled to actual damages incurred.

19. Under the provisions of ORC § 1322.11 (A)(3) a party who is the victim of a violation of the statute by a mortgage broker is entitled to punitive damages and deceptive and fraudulent practices by a mortgage broker as in Plaintiff's case entitle her to punitive damages.

20. Punitive damages of three times actual damages is a reasonable assessment of damages for a violation for Randall's fraudulent and statutory violations.

21. Damages in the amount of  $28,632 are requested based upon Randall's  violations of the ORC  § 1322.07, 1322.071  and as authorize by §1322.11(A)(1) an (2).

22.  Plaintiff also requests the court to award attorney fees and costs as authorize by ORC §1322.11(A)(3) which are set forth in the attached affidavit in the amount of $4,562.90. (Exhibit C).

WHEREFORE, Plaintiff respectfully requests the Court enter judgment by default against Randall for all relief requested against Randall in the Complaint.

Respectfully Submitted

/s/ Charles J. Roedersheimer
Charles J. Roersheimer  # 0020273
Attorney for Plaintiff
Thompson & DeVeny Co. LPA
1340 Woodman Drive
Dayton, Ohio 45432
937-252-2030
937-252-9425 FAX
Charles@thompsonanddeveny.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was served by Electronic/ECF means or by regular US Mail, postage prepaid, on July 20, 2009 on the following parties:

By Electronic/ECF:

U.S. Trustee, 170 N. High Street, Suite 200, Columbus, Ohio 43215

Jeffrey M Kellner, Trustee, 131 North Ludlow Street, Suite 900, Dayton, OH 45402

Nathan Swehla, Lerner Sampson & Rothfuss, P.O. Box 5480, Cincinnati, OH 45201, *Attorney for Defendant Saxon Mortgage Services, Inc.*

Attorney of Record for John Polinko, Shapiro Van Ness Phillips & Barragate 1500 West Third Street, Suite 455, Cleveland, OH 44113

And By U.S. Mail to:

Areta J. Wentz, 1117 N. Maple Street, Eaton, OH 45320, *Debtor*

Randall Mortgage Inc., 655 Metro Place South, Suite 600 Dublin, Ohio 43017

Randall Mortgage Inc. Attention of Robert Shepherd, 9299 Concord Road, Powell, Ohio 43065

s/s Charles J. Roedersheimer
Charles J. Roedersheimer  # 0020273

### ###

B 250A
(8/96)

# United States Bankruptcy Court

## _____Southern_____ District Of_____ Ohio _____

In re   Areta J. Wentz
_____,  )
                    Debtor               )

    Case No. 07-34235

    )

Areta J. Wentz
_____,  )
                 Plaintiff          )

    Chapter 13

    vs.                      )

Randall Mortgage Inc.
_____,  )
               Defendant       )

    Adv. Proc. No. 08-3053

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

> Address of Clerk
>         Clerk of Courts United States Bankruptcy Court
>               120 West Third Street
>               Dayton, Ohio 45402

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Name and Address of Plaintiff's Attorney
>            Charles J. Roedersheimer
>              1340 Woodman Drive
>              Dayton, Ohio  45432

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued: February  28, 2008

/s/Kenneth Jordan - Clerk of Court



B 250A
(8/96)

# United States Bankruptcy Court

_____Southern_____ District Of_____Ohio_____

In re   Areta J. Wentz
_____,  )
                    Debtor                          )    Case No. _07-34235_
                                                    )
                                                    )    Chapter _13_
        Areta J. Wentz                              )
_____,  )
                    Plaintiff                       )
        vs.                                         )
        Randall Mortgage Inc.                       )
_____,  )    Adv. Proc. No. __08-3053__
                    Defendant                       )

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of Clerk
                Clerk of Courts United States Bankruptcy Court
                120 West Third Street
                Dayton, Ohio 45402

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney
                Charles J. Roedersheimer
                1340 Woodman Drive
                Dayton, Ohio  45432

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued: February  28, 2008

/s/Kenneth Jordan - Clerk of Court

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Randall Mortgage
c/o Robert Shepherd, stat. agent
9299 Concord Road
Powell, OH 43065

A.Wentz-Adv08-3053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Bark Shriff        ☐ Agent
                       ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
                                  3-4-08

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7007 2560 0000 3370 6651

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540



**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Randall Mortgage
c/o Robert Shepherd, stat. agent
9299 Concord Road
Powell, OH 43065

A.Wentz-Adv08-3053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  _Bark Shiff_    ☐ Agent
                   ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
                                  3-4-08

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7007 2560 0000 3370 6651

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                                        CHAPTER 13
                                              CASE NO. 07-34235
    Areta J. Wentz                       Judge Guy R. Humphrey

        Debtor

---

Areta J. Wentz

    Plaintiff                            **ADVERSARY CASE NO. 08-ap-03053**

  v.                                         **AFFIDAVIT OF**
                                              **CHARLES J. ROEDERSHEIMER**

Saxon Mortgage, et al.

    Defendants

---

STATE OF OHIO                        :
                                     : s.s.
COUNTY OF MONTGOMERY                 :

I, Charles J. Roedersheimer, do affirm and swear to the following:

1.    As the case attorney and counsel in Debtor's adversary case, the attached Exhibit A sets forth fees and costs incurred or to be incurred as to Defendant Randall in the processing and pursuit of the fraud and Ohio Mortgage Broker Act (ORC §1322.01 et. seq.) claims in the adversary proceeding.

2.    The legal services and fees set forth were incurred over a period of approximately 19 months and the fees and costs include estimates as to the time and costs that will be required to obtain recovery on the bond that was issued as to Defendant Randall Mortgage pursuant to the requirements of the Ohio Revised Code §1322.

Further affiant saith naught.

/s/ Charles J. Roedersheimer
Charles J. Roedersheimer, #0020273
Attorney for Debtors
Thompson and DeVeny Co., LPA
1340 Woodman Drive
Dayton, Ohio 45432
937-252-2030
937-252-9425 fax
charles@thompsonanddeveny.



EXHIBIT
C

Sworn to and subscribed in my presence by Charles J. Roedersheimer this 20th day of
July          , 2009.

_____
NOTARY PUBLIC

KAREN JO McCOY
Notary Public, State of Ohio
My Commission Expires 03-31-10

Time Sheet-
Client -Areta Wentz- BK Adversary Case 08- 03053    Adversay 08-ap-03033 - Randall Mortgage
CASE: Adversary                    Defendant

**Thompson and DeVeny Co., L.P.A.**          Total    $ 4,562.90

| Lester Thompson | $ 275.00 |
| Andrew Zeigler | $ 175.00 |
| William House | $ 165.00 |
| Charles Roedersheimer | $ 275.00 |
| Staff - Law Clerk | $ 75.00 | $250 before 1/1/2008 |

| Name | Date | Time | Description | Time Charge | Cost Charge |
|---|---|---|---|---|---|
| Roedersheimer (CR) | 10/3/2007 | 1.0 | Conference clients - Intake on information on mtg loan | $ 250.00 | |
| CR | 12/12/2007 | 0.5 | Formulate Plan terms for adversary | $ 125.00 | |
| CR & Lester Thompson - | 12/20/2007 | 0.8 | Confer with Les regarding adversary - Avg for 2 attorneys | $ 380.00 | |
| Staff (ST) | 12/31/2007 | | Mailing- Client information | | $ 1.81 |
| Staff -Law Clerk | 1/12/2008 | 1.0 | Locate Randall Mortgage Information - Status | $ 75.00 | |
| Staff-Law Clerk | 1/20/2008 | 0.5 | Check Corporate status and statutory agent - Randall | $ 37.50 | |
| CR | 1/24/2008 | 0.3 | Review summons information Randall | $ 68.75 | |
| Staff - Law Clerk | 2/3/2008 | 0.7 | Draft Complaint-Randall Involvement | $ 75.00 | |
| Staff Law Clerk | 2/6/2009 | 0.5 | Research on Randall Portion of Claim - Broker Act | $ 37.50 | |
| CR | 2/20/2008 | 0.8 | Review and Rewrite final Complaint- Randall | $ 220.00 | |
| CR | 2/24/2008 | 0.5 | Confirm Bond status for Broker Randall- State of Ohio | $ 137.50 | |
| Staff (ST) | 2/24/2008 | | Filing, Copy  and Mailing of Summons and Complaint- Randall | | $ 10.80 |
| CR | 3/28/2008 | 0.3 | Review notice provisions on summons to Randall | $ 82.50 | |
| CR | 9/18/2008 | 0.3 | Pretrial draft and prep - Randall | $ 82.50 | |
| CR | 10/15/2008 | 0.2 | Final Pretrial Order- Randall | $ 55.00 | |
| CR & LT | 12/5/2008 | 0.5 | Review of Options on Randall Because of No Answer and Other De | $ 287.50 | |
| CR | 5/1/2009 | 0.5 | Review Options with client to pursue default with Randall | $ 137.50 | |
| CR | 5/20/2009 | 0.4 | Brief Law Clerk for draft of default for Randall | $ 110.00 | |
| CR | 5/22/2009 | 0.3 | Followup- status of bond for Randall | $ 82.50 | |
| Staff- Law Clerk | 6/20/2009 | 1.5 | Draft -Default Judgment for Randall | $ 112.50 | |
| CR | 7/5/2009 | 0.2 | Confirm -Commerce- Washington holds Bond for Randall and Fund | $ 55.00 | |
| CR | 7/5/2009 | 1.0 | Finalize default motion | $ 275.00 | |
| CR | 7/15/2009 | 1.0 | Edit fees and costs for Default Judgment Information | $ 275.00 | |
| CR | 7/16/2009 | 0.4 | Affidavit in Support of Default Judgment | $ 110.00 | |
| CR & Law Clerk | 7/14/2009 | 0.5 | Confirm Exhibits for Default | $ 175.00 | |
| Staff | 7/20/2009 | | Mailing, Copy and File Default Judgment - Randall | $ - | $ 11.54 |

| | | | | | | |
|---|---|---|---|---|---|---|
| CR | 7/21/2009 | 0.2 Confirm Case file for purposes of keeping case open for Default | $ | 55.00 | | |
| CR | July-Aug 09 | 1.0 Estimate- Correspondence with Insurer to Collect on Bond | $ | 275.00 | | |
| Staff | July-Sept09 | Mailing and Copy cost to Collect | $ | - | $ | 50.00 |
| CR | Aug-Oct 09 | 2.5 Negotiations and collection and settlement terms | $ | 687.50 | | |
| Legal Research Fees | Lexis | Summary from Lexis Billing | $ | 225.00 | | |
| Totals | 17.3 | | $ | 4,263.75 | $ | 299.15 |
| Total- Cost and Fees | Cost | | $ | 4,562.90 | | |