**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: August 13, 2009**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| | CASE NO. 07-34235 |
| Areta J. Wentz | Judge Guy R. Humphrey |
| Debtor | |

| | |
|---|---|
| Areta J. Wentz | |
| | ADVERSARY CASE NO. 08-ap-03053 |
| Plaintiff | |
| v. | **DEFAULT JUDGEMENT ENTRY AGAINST DEFENDANT RANDALL MORTGAGE INC.** |
| Saxon Mortgage, et al. | |
| Defendants | |

For good cause shown the Motion for Default Judgment by Plaintiff Areta J. Wentz ("Plaintiff") filed on July 20, 2009 is hereby **GRANTED**. Judgment is entered in the amount of $28,632 in favor of Plaintiffs and against Defendant Randall Mortgage Inc. ("Randall") on Plaintiff's claims against Randall for intentional violation of the Ohio Mortgage Broker Act, O.R.C. § 1322.07 and 1322.11, and Fraud. Plaintiffs are further awarded, and Randall is ordered to pay, $4,562.90 for attorney fees and costs. Total damages, cost and fees awarded to Plaintiffs against Defendant Randall Mortgage Inc is $33,194.90, with interest to be paid on this amount as provided for by statute and the civil rules at the applicable rate in effect on the date of this Order until paid.

**IT IS SO ORDERED.**

/s/ Charles J. Roedersheimer_____
Charles J. Roedersheimer (0020273)
1340 Woodman Drive
Dayton, Ohio 45320
Telephone: (937) 252-2030
Fax: (937) 252-9425
charles@thompsonanddeveny.com
Attorney for Plaintiff Areta Wentz


Copies by ECF/electronic means to:

U.S. Trustee, 170 N. High Street, Suite 200, Columbus, Ohio 43215

Jeffrey M Kellner, Trustee, 131 North Ludlow Street, Suite 900, Dayton, OH 45402


And By U.S. Mail to:

Randall Mortgage Inc., 655 Metro Place South, Suite 600 Dublin, Ohio 43017

Randall Mortgage Inc. Attention of Robert Shepherd, 9299 Concord Road, Powell, Ohio 43065

Areta J. Wentz, 1117 N. Maple Street, Eaton, OH 45320, *Debtor*

###