**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: August 13, 2009**

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **IN RE:** | CHAPTER 13 |
| | CASE NO. 07-34235 |
| **ARETA J. WENTZ** | JUDGE: GUY R. HUMPHREY |
| Debtor | |
| Areta J. Wentz | ADVERSARY NO. 08-03053 |
| Plaintiff | |
| v. | ORDER |
| Saxon Mortgage, et. al. | |
| **Defendants** | |

    The Plaintiff/Debtor Areta J. Wentz ("Plaintiff") and the Defendant Ocwen Loan Servicing, LLC, fka Ocwen Financial and Mortgage Services, Inc and U.S. Bank as Trustee

("Ocwen") (collectively the "Parties") filed a Joint Motion of Compromise and Settlement to withdraw and release claims as to each other in this adversary as well as the Debtor's Chapter 13 case on May 1, 2008 (Docket 13).

Ocwen Loan Servicing withdrew its claim in Debtor's case on June 5, 2008 (Docket 46). The Court finding that Ocwen has withdrawn its claim in Debtor's case and that no objection has been filed to the application for compromise and understanding that the parties have reached a mutual settlement of the adversary claim, finds the application is filed in good faith and should be granted. All claims between Ocwen and Plaintiff are dismissed with prejudiced. To the extent that a release of the secured lien as to Ocwen's proof of claim has not been submitted to the Preble County Ohio Auditor by Ocwen as of the date of this Order, the Plaintiff is authorized to submit a release of lien by certified copy of this Order.

**IT IS SO ORDERED**

/s/ Charles J. Roedersheimer
Charles J. Roedersheimer (0020273)
1340 Woodman Drive
Dayton, Ohio 45320
Telephone: (937) 252-2030
Fax: (937) 252-9425
charles@thompsonanddeveny.com
Attorney for Plaintiff Areta Wentz

Copies By Electronic/ECF to:

U.S. Trustee, 170 N. High Street, Suite 200, Columbus, Ohio 43215

Jeffrey M Kellner, Trustee, 131 North Ludlow Street, Suite 900, Dayton, OH 45402

Nathan Swehla, Lerner Sampson & Rothfuss, P.O. Box 5480, Cincinnati, OH 45201, *Attorney for Defendant Saxon Mortgage Services, Inc.*

Phillip Barragate/ John Polinko, Shapiro Van Ness Phillips & Barragate 1500 West Third Street, Suite 455, Cleveland, OH 44113, *Attorney for Defendant Ocwen Mortgage & U.S. Bank*

And By U.S. Mail to:
Areta J. Wentz, 1117 N. Maple Street, Eaton, OH 45320, *Debtor*

Randall Mortgage Inc., 655 Metro Place South, Suite 600 Dublin, Ohio 43017

Randall Mortgage Inc. Attention of Robert Shepherd, 9299 Concord Road, Powell, Ohio 43065

Michael Hrabcak, Hrabcak & Company, LPA, 67 East Wilson Bridge Road, Suite 203 Worthington, OH 43085, *Attorney for Defendant Deborah Kistner*

2

###